IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA

v.                                                  CRIMINAL NO. 1:22-cr-165-TBM-BWR

JAYMA EDWARD NETTLES

**ORDER**

      This matter came before the Court on Motion for Review of Release Order [64] pursuant to 18 U.S.C. § 3145(a)(1) filed by the United States of America asking this Court to review and reverse an order of release ruling issued by United States Magistrate Judge Christopher D. Baker in the Eastern District of California on January 9, 2024. The Government specifically requests that this Court enter an order of detention for Defendant Jayma Edward Nettles pending trial and resolution of this criminal case. At the hearing conducted on January 22, 2024, the Court, having considered the pleadings, the record, the testimony of the Government's witness, the exhibits offered at the hearing, the oral arguments of the parties, and the relevant legal authority, announced on the record its detailed findings and conclusions.

      IT IS THEREFORE ORDERED AND ADJUDGED that the Government's Motion for review of Release Order [64] is GRANTED.

      IT IS FURTHER ORDERED AND ADJUDGED that Defendant Jayma Edward Nettles shall be detained pending trial and resolution of this criminal case.

      This, the 22nd day of January, 2024.

                                                               TAYLOR B. McNEEL
                                                               UNITED STATES DISTRICT JUDGE